STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, V. FARMERS & MECHANICS BANK OF HAVELOCK, APPELLANT: FRANK PAXTON LUMBER COMPANY, APPELLEE.

FILED JUNE 10, 1931. No. 27717.

*C. M. Skiles, I. D. Beynon* and *W. A. Crossland,* for appellant.

*Baylor & TouVelle, contra.*

Heard before GOSS, C. J., ROSE, GOOD, EBERLY, DAY and PAINE, JJ.

PER CURIAM.

The district court for Lancaster county allowed a trust fund of $1,209.65 as a preferred claim in favor of Frank Paxton Lumber Company, claimant, and directed its payment in full out of money in the hands of the receiver of the Farmers & Mechanics Bank of Havelock. The receiver appealed.

Upon a trial *de novo,* the court finds the preponderance of the evidence in favor of claimant and that there is no error in the record and proceedings of the trial court.

AFFIRMÉD.